# RACHEL POWELL DETENTION EXHIBITS



Source: 176-WF-3366759-RACHEL_POWELL Serial #12

Exhibit 1



Exhibit 2



Exhibit 3

 

Exhibit 4



Exhibit 5

