**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-mj-197 (GMH)** |
| | **:** | |
| **RACHEL MARIE POWELL,** | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the Government's Appeal of Release Order and Motion for Emergency Stay and for Review of Detention Order as to defendant Rachel Marie Powell,

It is this 10th day of February, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Western District of Pennsylvania Magistrate Judge on February 9, 2021, as to defendant Rachel Marie Powell is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA